Page 1

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Burke, Michael G

Printed: 03/24/09

Case Number: 07 B 22235

Judge: Hollis, Pamela S

Filed: 11/28/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: January 22, 2009

Confirmed: March 3, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 6,644.28 |  |
| Secured: |  | 2,000.00 |
| Unsecured: |  | 3,726.91 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 392.42 |
| Other Funds: |  | 524.95 |
| Totals: | 6,644.28 | 6,644.28 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Joseph P Doyle | Administrative | 0.00 | 0.00 |
| 2. | William A Burke | Secured | 2,000.00 | 2,000.00 |
| 3. | Erin Capital Management LLC | Unsecured | 1,509.72 | 0.00 |
| 4. | Erin Capital Management LLC | Unsecured | 2,604.80 | 0.00 |
| 5. | Cavalry Portfolio Services | Unsecured | 9,301.90 | 1,535.52 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 3,139.18 | 518.20 |
| 7. | American Express Centurion | Unsecured | 394.48 | 56.75 |
| 8. | Portfolio Recovery Associates | Unsecured | 6,452.98 | 1,065.23 |
| 9. | Illinois State Tollway | Unsecured | 3,338.40 | 551.21 |
| 10. | Bally Total Fitness | Unsecured |  | No Claim Filed |
| 11. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 12. | Chase | Unsecured |  | No Claim Filed |
| 13. | Midstate Collection | Unsecured |  | No Claim Filed |
| 14. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 15. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 16. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 17. | Media Bay.Com | Unsecured |  | No Claim Filed |
| 18. | Midstate Collection | Unsecured |  | No Claim Filed |
| 19. | Oxford Management Services | Unsecured |  | No Claim Filed |
| 20. | OSI Collection Svc Inc | Unsecured |  | No Claim Filed |
|  |  |  | $ 28,741.46 | $ 5,726.91 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Burke, Michael G

Printed: 03/24/09

Case Number:  07 B 22235

Judge:  Hollis, Pamela S

Filed:  11/28/07

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|-----------|
| 5.4% | 45.67 |
| 6.5% | 83.40 |
| 6.6% | 263.35 |
| | $ 392.42 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: